UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAVIDATH RAGBIR, | |
| Petitioner, | Civ. No. 12-7380 (KM) |
| v. | **MEMORANDUM AND ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner, who is represented by counsel, has filed a petition for a writ of error coram nobis. Because the parties sought a stay of the case to permit discussion of an agreed resolution of the case, on May 30, 2013, the Court issued an order administratively terminating this case. (*See* Dkt. No. 12.) The order informed the petitioner he could restore his petition to the Court's active calendar by sending a letter request. (*See id.*)

On February 12, 2015, the Court received a letter from petitioner through his counsel stating that he wished to restore this case to the active docket. Petitioner informed the Court in this letter that the parties had been unable to agree upon an appropriate resolution of the issues raised in the petition. The Clerk will therefore be ordered to reopen this case.

Petitioner has also filed an amended version of his coram nobis petition. Upon screening the petition, the Court finds that dismissal without ordering an answer is not appropriate. Petitioner states that he wishes to work with the Office of the United States Attorney to present to the Court a proposed briefing schedule. I will grant the parties a brief period in which to file a proposed schedule for the Court's consideration.

Accordingly, IT IS this 18th day of February, 2015,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that the parties shall submit to the Court a joint status report within ten (10) days of the date of this Order that shall include an agreed proposed schedule which includes a date for respondent to file an answer to the amended petition and a date for respondent to file a reply; and it is further

ORDERED that if the parties are unable to agreed on a proposed schedule, they shall so state in their joint status report, and the Court will issue its own schedule.

_____
KEVIN MCNULTY
United States District Judge