IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------x

RAVIDATH RAGBIR,

        Petitioner,

  – against –

UNITED STATES OF AMERICA,

        Respondent.

-----------------------------------------------------x

No. 2:12-civ-07380-KM

**Stipulation of Dismissal Without Prejudice**

    Petitioner and Respondent, through undersigned counsel, jointly stipulate to the dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 2, 2016

Respectfully submitted,

*[signature]*

R. SCOTT THOMPSON
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2532
sthompson@lowenstein.com

*[signature]*

ZACH INTRATER
Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey 07068
973.645.2700
*Counsel for Respondent*

Alina Das, Esq.
Astha Sharma Pokharel, Legal Intern
Rhidaya Trivedi, Legal Intern
Immigrant Rights Clinic
Washington Square Legal Services, Inc.
245 Sullivan St., 5th Fl., New York, NY 10012
212-998-6467
*Counsel for Petitioner*